**62**

Steven A. JONES and Alan
W. Jones, Appellants,

v.

MANCHESTER AUTO PARTS,
INC., Respondent.

No. 68376.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 23, 1996.

Alan W. Jones, Ballwin, pro se.

Dan J. Kazanas, Corey M. Lavinsky, St. Louis, for respondent.

Before KAROHL, P.J., and CRANDALL and DOWD, JJ.

### ORDER

PER CURIAM.

Plaintiffs appeal from a judgment for defendant entered after a trial *de novo* of a small claims court judgment for plaintiffs. We affirm. No error of law appears. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).